# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Rameesha Construction Engineering Inc. ) | ASBCA Nos. 59266, 60461 |
| ) | |
| Under Contract No. W5J9JE-12-C-0157 ) | |

APPEARANCE FOR THE APPELLANT:  Mr. Abdul Majid
  President

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Pietro Mistretta, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

This dispute has been settled. The appeals are dismissed with prejudice.

Dated: 1 May 2017

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59266, 60461, Appeals of Rameesha Construction Engineering Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals